IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-35-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| LUKE ALDON HAYES, | |
| Defendant. | |

The United States, having filed an unopposed motion to dismiss the revocation petition,

IT IS ORDERED that the motion (Doc. 64) is GRANTED. The Amended Petition for Warrant for Offender Under Supervision (Doc. 53) is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the hearing scheduled for October 17, 2023, at 10:00 a.m., is VACATED.

DATED this 11th day of October, 2023.

Donald W. Molloy, District Judge
United States District Court

1